IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. FLEMING,

        Plaintiff,                     No. CIV-S-11-3178-KJM-KJN-PS

        v.

JEFFREY CATLIN, et al.,

        Defendants.              ORDER

_____/

        On February 2, 2012, the magistrate judge filed findings and recommendations (Dkt. No. 10), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has filed objections to the findings and recommendations, and plaintiff has opposed the objections.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

        Accordingly, IT IS ORDERED that:

        1. The Findings and Recommendations filed February 2, 2012, are ADOPTED;

        2. Plaintiff's motion to remand (Dkt No. 3) is granted;

3. Within thirty days from the date of this order, defendant Jeffrey Catlin is ordered to pay plaintiff's fees of $1,100 arising from the motion to remand and occuring as a result of defendant's improper removal. 28 U.S.C. § 1447(c);

4. This matter is remanded to the Superior Court of the State of California, County of Yuba, on the grounds that this court lacks subject matter jurisdiction over plaintiff's claims;

5. The Clerk of Court shall serve a certified copy of this order upon the Clerk of the Yuba County Superior Court and reference case number 11-0000440 in the proof of service; and

6. The Clerk of Court shall vacate all dates and close this case.

DATED: March 29, 2012.

_____
UNITED STATES DISTRICT JUDGE

/flem3178.jo